JS - 6

**FILED: 10/2/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN FRANK, )<br>)<br>            Plaintiff, )<br>) <br>    vs. )<br>)<br>CITIBANK, N.A. )<br>)<br>            Defendants. )<br>_____) | CASE NO. EDCV 12-1250 GHK (VBKx)<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **TWENTY (20) DAYS**, to reopen the action if settlement is not consummated. The *scheduling conference* set for Monday, October 15, 2012, is hereby **TAKEN OFF CALENDAR** and the hearing date is **VACATED.**

Dated:   10/2/12

_____
GEORGE H. KING
United States District Judge